**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: L.N. | : | No. 107 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: A.N., BIOLOGICAL FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| IN THE INTEREST OF: M.N. | : | No. 108 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: A.N., BIOLOGICAL FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.